**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI on behalf of herself and all others similarly situated**<br>**Plaintiff,**<br>**v.**<br>**MARSHALLS OF MA, INC., TJX COMPANIES, INC.**<br>**Defendants.** | **CLASS ACTION**<br>**C.A. No. 07-173 ML**<br>**Judge Mary M. Lisi** |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Margie Caranci ("Plaintiff") and defendants Marshalls of MA, Inc. and The TJX Companies, Inc. ("Defendants") (Plaintiff and Defendants collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on May 16, 2007, and served the Complaint on TJX on May 29, 2007;

WHEREAS, the current deadline for Defendants to respond to the Complaint is June 18, 2007; and

WHEREAS, under DRI LR 29(b), the parties to an action may stipulate to extend the time within which to answer or otherwise respond to the initial complaint in an action by not more than thirty (30) days without approval from the Court, but shall file the stipulation;

NOW, THEREFORE, the Parties hereby stipulate and agree to extend Defendants' deadline to respond to the Complaint for an additional 30 days, and therefore, Defendants' new deadline to respond to the Complaint is on or before July 18, 2007.

**IT IS SO STIPULATED.**

Dated: June 15, 2007

EDWARDS ANGELL PALMER & DODGE LLP

By: /s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611
dsherman@eapdlaw.com

Attorneys for Defendants MARSHALLS OF MA, INC. and THE TJX COMPANIES, INC.

Dated: June 15, 2007

LAW OFFICES OF PETER N. WASYLYK

By: /s/ Peter N. Wasylyk

Peter N. Wasylyk (#3351)
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7700
(401) 861-6064
pnwlaw@aol.com

Attorneys for Plaintiff MARGIE CARANCI and the Class

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2007, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record at the email address listed below.

I also hereby certify that on the 15th day of June, 2007, I served a copy of the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** via regular mail to the following:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**Via Email at pnwlaw@aol.com using the CM/ECF system**

Michael D. Donovan, Esq.
David A. Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street - Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**Via U.S. Mail**

James A. Francis, Esq.
Francis & Mailman, P.C.
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

**Via U.S. Mail**

Andrew S. Kierstead, Esq.
Law Office of Andrew Kierstead
1001 SW 5th Avenue - Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

**Via U.S. Mail**

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue - Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

**Via U.S. Mail**

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

546831 /SD