AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

MARGIE CARANCI

V.

MARSHALLS OF MA, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA-07-173 ML

TO: (Name and address of Defendant)

TJX COMPANIES, INC.
770 COCHITUATE ROAD
CORP. TAX J5S
FRAMINGHAM, MA 01710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF PETER N. WASYLYK
PETER N. WASYLYK
1307 CHALKSTONE AVENUE
PROVIDENCE, RI 02908

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5-25-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5-29-07 |
| --- | --- |
| NAME OF SERVER *(PRINT)* Louis V. Cipizzano | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): C T CORPORATION A/F/S

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-29-07
Date

[signature]
Signature of Server

30 Birchtree Dr. Johnston RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.