**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI**<br>**on behalf of herself and all**<br>**others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARSHALLS OF MA, INC.,**<br>**TJX COMPANIES, INC.**<br><br>**Defendants.** | **C. A. No. 07- 173-ML** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2007, I electronically filed the foregoing AMENDED CLASS ACTION COMPLAINT with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

I also certify that on the 16th day of July, 2007, I served a copy of the foregoing AMENDED CLASS ACTION COMPLAINT via facsimile to the following:

Via Facsimile at 1-858-550-6420
Leo P. Norton
Michelle C. Doolin
COOLEY GOWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

/s/ Peter N. Wasylyk
Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 401-831-7730
Facsimile: 401-861-6064