**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI on behalf of herself and all others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARSHALLS OF MA, INC., TJX COMPANIES, INC.**<br><br>**Defendants.** | **CLASS ACTION**<br><br>**C.A. No. 07-173ML**<br><br>**Chief Judge Mary M. Lisi** |

**DEFENDANT MARSHALLS OF MA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant Marshalls of MA, Inc., by and through its undersigned counsel of record, herby certifies pursuant to Federal Rule of Civil Procedure 7.1 that it is privately held, and is a wholly owned subsidiary of Marshalls of Richfield, MN., Inc. Marshalls of Richfield, MN., Inc. is the privately held parent entity of Marshalls of MA, Inc., and is a wholly owned subsidiary of defendant The TJX Companies, Inc.

Dated: August 2, 2007

Respectfully Submitted,

MARSHALLS OF MA, INC.

By its Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
dsherman@eapdlaw.com
psullivan@eapdlaw.com

Michelle C. Doolin (*pro hac vice*)
Leo P. Norton (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
mdoolin@cooley.com
lnorton@cooley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2007, I electronically filed the foregoing **DEFENDANT MARSHALLS OF MA, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record at the e-mail address listed below:

I also hereby certify that on the 2nd day of August, 2007, I served a copy of the foregoing **DEFENDANTS MARSHALLS OF MA, INC.'S CORPORATE DISCLOSURE STATEMENT** via regular mail to the following:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**Via E-mail at pnwlaw@aol.com using the CM/ECF system**

Michael D. Donovan, Esq.
David A. Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**Via U.S. Mail**

James A. Francis, Esq.
Francis & Mailman, P.C.
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

**Via U.S. Mail**

Andrew S. Kierstead, Esq. **Via U.S. Mail**
Law Office of Andrew Kierstead
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc R. Stanley, Esq. **Via U.S. Mail**
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

546792 /SD