**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI on behalf of herself and all others similarly situated** | **CLASS ACTION** |
| **Plaintiff,** | **C.A. No. 07-173ML** |
| **v.** | **Chief Judge Mary M. Lisi** |
| **MARSHALLS OF MA, INC., TJX COMPANIES, INC.** | |
| **Defendants.** | |

**DEFENDANT THE TJX COMPANIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant The TJX Companies, Inc., by and through its undersigned counsel of record, hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 2, 2007

Respectfully Submitted,

THE TJX COMPANIES, INC.

By its Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
dsherman@eapdlaw.com
psullivan@eapdlaw.com

Michelle C. Doolin (*pro hac vice*)
Leo P. Norton (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
mdoolin@cooley.com
lnorton@cooley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2007, I electronically filed the foregoing **DEFENDANT THE TJX COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record at the e-mail address listed below:

I also hereby certify that on the 2nd day of August, 2007, I served a copy of the foregoing **DEFENDANT THE TJX COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT** via regular mail to the following:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**Via E-mail at pnwlaw@aol.com using the CM/ECF system**

Michael D. Donovan, Esq.
David A. Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**Via U.S. Mail**

James A. Francis, Esq.
Francis & Mailman, P.C.
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

**Via U.S. Mail**

Andrew S. Kierstead, Esq. **Via U.S. Mail**
Law Office of Andrew Kierstead
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc R. Stanley, Esq. **Via U.S. Mail**
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

546792 /SD