**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI on behalf of herself and all others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARSHALLS OF MA, INC., TJX COMPANIES, INC.**<br><br>**Defendants.** | **CLASS ACTION**<br><br>**C.A. No. 07-173 ML**<br><br>**Chief Judge Mary M. Lisi** |

## NOTICE OF RELATED PROCEEDINGS

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to DRI LR Cv 9.1, defendants Marshalls of MA, Inc. and The TJX Companies, Inc. (collectively "Defendants") hereby notify the Court that this action is related to the following actions:

1. *Clark v. Marshalls of MA, Inc.* (Case No. 2:06-CV-08135-ABC-(SHx)), United States District Court, Central District of California, filed on December 20, 2006;
2. *Bersekian v. TJ Maxx of CA, LLC, and The TJX Companies, Inc.* (Case No. 2:07-CV-00503-R-(JWJ)), United States District Court, Central District of California, filed on January 19, 2007;
3. *Tolley-McNerney v. TJX Companies, Inc., dba T.J. Maxx and Marshalls* (Case No. 3:07-CV-00091-ECR-(RAM)), United States District Court, District of Nevada, filed on February 27, 2007;
4. *Ramirez v. The TJX Companies* (Case No. 2:07-CV-2115-KHV-(DJW)), United

States District Court, District of Kansas, filed on March 16, 2007;

5. *Mendez v. The TJX Companies, Inc.* (Case No. 1:07-CV-02486), United States District Court, Northern District of Illinois – Eastern Division, filed on May 3, 2007;

6. *Ivanova v. TJX Companies, Inc. and Marshalls of MA, Inc.* (Case No. 1:07-CV-03082), United States District Court, Northern District of Illinois – Eastern Division, filed on June 1, 2007;

This action and the related actions assert a single count pursuant to 15 U.S.C. § 1681n for alleged willful violations of 15 U.S.C. § 1681c(g) relating to information printed on receipts provided to some customers at T.J. Maxx or Marshalls stores nationwide, both T.J. Maxx and Marshalls stores nationwide, or T.J. Maxx and Marshalls stores in Illinois. This action and the related actions allegedly assert overlapping and competing putative classes of customers of Marshalls stores.

Defendants filed a motion to transfer for consolidation under 28 U.S.C. § 1407 before the Judicial Panel on Multidistrict Litigation ("MDL Panel") relating to the first four filed actions, and later amended the motion to include the fifth filed action and this action. Subsequently, Defendants also filed supplemental information with the MDL Panel regarding the seventh filed action. The MDL Panel proceeding is entitled *The TJX Companies, Inc., Fair and Accurate Transactions Act (FACTA) Litigation*, MDL Docket No. 1853. The hearing on Defendants' motion to transfer before the MDL Panel occurred on July 26, 2007. A decision on the motion is expected within approximately 30 days.

Dated: August 2, 2007

Respectfully Submitted,

MARSHALLS OF MA, INC. and THE TJX COMPANIES, INC.

By their Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
dsherman@eapdlaw.com
psullivan@eapdlaw.com

Michelle C. Doolin (*pro hac vice*)
Leo P. Norton (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
mdoolin@cooley.com
lnorton@cooley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2007, I electronically filed the foregoing **NOTICE OF RELATED PROCEEDINGS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record at the e-mail address listed below:

I also hereby certify that on the 2nd day of August, 2007, I served a copy of the foregoing **NOTICE OF RELATED PROCEEDINGS** via regular mail to the following:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**Via E-mail at pnwlaw@aol.com using the CM/ECF system**

Michael D. Donovan, Esq.
David A. Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**Via U.S. Mail**

James A. Francis, Esq.
Francis & Mailman, P.C.
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

**Via U.S. Mail**

Andrew S. Kierstead, Esq.
Law Office of Andrew Kierstead
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

**Via U.S. Mail**

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

**Via U.S. Mail**

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

550637 /SD