**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI on behalf of herself and all others similarly situated** | **CLASS ACTION** |
| **Plaintiff,** | **C.A. No. 07-173ML** |
| **v.** | **Chief Judge Mary M. Lisi** |
| **MARSHALLS OF MA, INC., TJX COMPANIES, INC.** | |
| **Defendants.** | |

**DEFENDANTS MARSHALLS OF MA, INC. AND THE TJX COMPANIES, INC.'S**
**DESIGNATION OF LEAD COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to DRI LR Gen 206(d), defendants Marshalls of MA, Inc. and The TJX Companies, Inc. hereby designate Michelle C. Doolin (*pro hac vice*) of COOLEY GODWARD KRONISH LLP, whose contact information is provided below, to act as lead counsel for the case.

Dated: August 2, 2007

Respectfully Submitted,

MARSHALLS OF MA, INC. and THE TJX COMPANIES, INC.

By their Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
dsherman@eapdlaw.com
psullivan@eapdlaw.com

Michelle C. Doolin (*pro hac vice*)
Leo P. Norton (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
mdoolin@cooley.com
lnorton@cooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, I electronically filed the foregoing **DEFENDANTS MARSHALLS OF MA, INC. AND THE TJX COMPANIES, INC.'S DESIGNATION OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record at the e-mail address listed below.

I also hereby certify that on the 2nd day of August, 2007, I served a copy of the foregoing **DEFENDANTS MARSHALLS OF MA, INC. AND THE TJX COMPANIES, INC.'S DESIGNATION OF LEAD COUNSEL** via regular mail to the following:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**Via E-mail at pnwlaw@aol.com using the CM/ECF system**

Michael D. Donovan, Esq.
David A. Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**Via U.S. Mail**

James A. Francis, Esq.
Francis & Mailman, P.C.
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

**Via U.S. Mail**

Andrew S. Kierstead, Esq.
Law Office of Andrew Kierstead
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

**Via U.S. Mail**

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

**Via U.S. Mail**

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

550635 /SD