**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI**<br>**on behalf of herself and all others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARSHALLS OF MA, INC., TJX COMPANIES, INC.**<br><br>**Defendants.** | **CLASS ACTION**<br><br>**C.A. No. 07-173ML**<br><br>**Chief Judge Mary M. Lisi** |

**DEFENDANTS MARSHALLS OF MA, INC. AND THE TJX COMPANIES, INC.'S**
**<u>DESIGNATION OF COUNSEL TO RECEIVE NOTICES</u>**

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendants Marshalls of MA, Inc. and The TJX Companies, Inc. are represented by more than one attorney from COOLEY GODWARD KRONISH LLP, and accordingly, pursuant to DRI LR Gen 206, hereby designate Michelle C. Doolin of COOLEY GODWARD KRONISH LLP, whose contact information is provided below, for the purposes of receiving notices.

Dated: August 2, 2007

Respectfully Submitted,

MARSHALLS OF MA, INC. and THE TJX COMPANIES, INC.

By their Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
dsherman@eapdlaw.com
psullivan@eapdlaw.com

Michelle C. Doolin (*pro hac vice*)
Leo P. Norton (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
mdoolin@cooley.com
lnorton@dooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, I electronically filed the foregoing **DEFENDANTS MARSHALLS OF MA, INC. AND THE TJX COMPANIES, INC.'S DESIGNATION OF COUNSEL TO RECEIVE NOTICES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record at the e-mail address listed below:

I also hereby certify that on the 2nd day of August, 2007, I served a copy of the foregoing **DEFENDANTS MARSHALLS OF MA, INC. AND THE TJX COMPANIES, INC.'S DESIGNATION OF COUNSEL TO RECEIVE NOTICES** via regular mail to the following:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**Via E-mail at pnwlaw@aol.com using the CM/ECF system**

Michael D. Donovan, Esq.
David A. Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**Via U.S. Mail**

James A. Francis
Francis & Mailman, P.C.
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

**Via U.S. Mail**

Andrew S. Kierstead, Esq. **Via U.S. Mail**
Law Office of Andrew Kierstead
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc R. Stanley, Esq. **Via U.S. Mail**
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

550636 /SD